3059 EDL

# CIVIL COVER SHEET



JS 44 (07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS
Melissa Medeiros and Luis Medeiros

### DEFENDANTS
St. Joseph Health System; Petaluma Valley Hospital; Fiona Redwood, M.D.; Elaine Christian; and Does 1 through 10

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
See Attachment.

Attorneys (If Known)
See Attachment.

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | IMMIGRATION | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1441(a), 1441(b), 1441(f), 2679(d)(2); 42 USC 233 et seq

Brief description of cause:
Removal of state court action against Federal Defendants Fiona Redwood, M.D.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    ☒ SAN FRANCISCO/OAKLAND

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (CSBN 146400)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7264
6  Facsimile:  (415) 436-6748
   Email: abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8  Fiona Redwood, M.D. and Elaine Christian

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  MELISSA MEDEIROS and            )
    LUIS MEDEIROS,                  )  Case No. C
13                                  )  CV 08    3059
                        Plaintiffs, )
14                                  )
                v.                  )  **NOTICE OF REMOVAL**    EDL
15                                  )
    ST. JOSEPH HEALTH SYSTEM;       )
16  PETALUMA VALLEY HOSPITAL;       )
    FIONA REDWOOD, M.D.; ELAINE     )
17  CHRISTIAN[1]; and DOES 1 through 10, )
                                    )
18                      Defendants. )
                                    )
19
         TO:   Clerk, Superior Court of California
20             County of Sonoma
               600 Administration Drive
21             Santa Rosa, California 95403

22             Christopher Der Manuelian, Esq.
               4675 Camanche Road
23             Ione, California 95640
               Attorney for Plaintiffs
24
               St. Joseph Health System
25             P.O. Box 14132
               Orange, California 92863-1532
26

---

27     [1]/Federal defendant Elaine Christian was incorrectly named as Elaine Christianson in the
   Complaint For Damages filed in the Sonoma County Superior Court. Her name has been corrected on
28 this Notice of Removal.

NOTICE OF REMOVAL
*Medeiros v. St. Joseph et al.*                 -1-

| | |
|---|---|
| 1 | |
| 2 | Petaluma Valley Hospital<br>St. Joseph Health System - Sonoma County<br>400 North McDowell Blvd. |
| 3 | Petaluma, California 94954 |

4   PLEASE TAKE NOTICE that on this day Case No. 241946 pending in the Sonoma County
5   Superior Court is being removed to the United States District Court for the Northern District of
6   California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), 2679(d)(2), and 42 U.S.C. §§ 233, et
7   seq. on behalf of federal defendants Fiona Redwood, M.D. and Elaine Christian, CNM. Upon
8   direction by the Attorney General of the United States and pursuant to 28 U.S.C. § 1446, the
9   undersigned attorneys hereby present the following facts to the Judges of the United States District
10  Court for the Northern District of California.

11   1. On December 4, 2007, plaintiffs filed a Complaint For Damages (Wrongful Death,
12  Medical Negligence, Negligent Infliction of Emotional Distress) in the Sonoma County Superior
13  Court against federal defendants Fiona Redwood, M.D. and Elaine Christian, CNM. Non-federal
14  defendants are St. Joseph Health System and Petaluma Valley Hospital. Plaintiffs allege that
15  defendants were negligent in failing to properly diagnose, treat, and care for plaintiff Melissa
16  Medeiros' medical condition resulting in the death of her son Nicholas on September 6, 2006.

17   2. On June 10, 2008, the United States Attorney's Office received a copy of the Summons
18  and Complaint from the U.S. Department of Health and Human Services. Copies of the state court
19  pleadings are attached hereto as Exhibit A, which constitute the only process or pleading which have
20  been received. No trial has been had in this matter.

21   3. This action must be removed to federal district court pursuant to 42 U.S.C. § 233(c) of the
22  Federally Supported Health Centers Assistance Act, because the action is against Fiona Redwood,
23  M.D. and Elaine Christian, CNM, who are employees of Petaluma Health Center, a federally deemed
24  health center. Pursuant to the Federally Supported Health Centers Assistance Act, the health center
25  and its employees are covered under the Federal Tort Claims Act ("FTCA"). The FTCA is the
26  exclusive remedy for alleged negligent actions caused by employees of a deemed health center.

27   4. This action must also be removed to federal district court pursuant to 28 U.S.C.
28  § 2679(d)(2), because it is an action against Fiona Redwood, M.D. and Elaine Christian, CNM, who

NOTICE OF REMOVAL
*Medeiros v. St. Joseph et al.*                   -2-

1  were acting within the course and scope of their employment with Petaluma Health Center during the
2  time alleged in the complaint. Upon certification by the Attorney General, the action shall be
3  removed to the District Court at any time prior to trial. Pursuant to written delegation from Joseph P.
4  Russoniello, the duly appointed United States Attorney for the Northern District of California, the
5  Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney
6  the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the
7  Civil Division has certified that Fiona Redwood, M.D. and Elaine Christian were acting within the
8  course and scope of their employment with Petaluma Health Center. See Certification Pursuant to 28
9  U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

10  6. Upon removal the United States is automatically substituted for federal defendants Fiona
11  Redwood, M.D. and Elaine Christian, CNM. This action will proceed as an action against the United
12  States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions
13  applicable to those actions. 28 U.S.C. § 2679(d)(4).

14  7. A copy of this Notice is being filed with the Clerk of the Sonoma County Superior Court.
15  That filing will automatically effect the removal of the action in its entirety to this Court for all future
16  proceedings.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 23, 2008        By: ABRAHAM A. SIMMONS
                                 Assistant United States Attorney

NOTICE OF REMOVAL
*Medeiros v. St. Joseph et al.*          -3-

Case 3:08-cv-03059-EDL   Document 1   Filed 06/24/2008   Page 5 of 11

*St. Melissa Vance*

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ST. JOSEPH HEALTH SYSTEM; PETALUMA VALLEY HOSPITAL;
FIONA REDWOOD, M.D.; ELAINE CHRISTIANSON and DOES 1
through 10.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MELISSA MEDEIROS, LUIS MEDEIROS,

ENDORSED
SUM-100
FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

DEC -4 2007

SUPERIOR COURT
OF CALIFORNIA
COUNTY OF SONOMA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* <br> Sonoma County Superior Court <br> 600 Administration Drive <br> Santa Rosa, CA 95403 | CASE NUMBER: *(Número del Caso):* <br> **241946** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Christopher Der Manuelian    (209) 223-9000
4675 Camanche Road, Ione, CA 95640

DATE: DEC -4 2007    DENISE L. GORDON    Clerk, by _Lacy Topolewski_, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):
   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
          [ ] other (specify):
4. [✓] by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

EXHIBIT ___A___

fax from 4120050057( 03-04-08 12:32p Pg: 3
FEB-27-2008 21:52 FROM: 933200000 TO:16264050585 P.3/7
Case 3:08-cv-03059-EDL Document 1 Filed 06/24/2008 Page 7 of 11
02/21/2008 20:28 650-261-9856 G&H LEGAL SERVICES PAGE 18

```
 1  CHRISTOPHER DER MANUELIAN (Bar No. 135071)
    Attorney at Law
 2  4675 Camanche Road
    Ione, California 95640
 3  Tel. (209) 223-9000
    Fax. (209) 274-2228
 4
    Attorney for Plaintiffs
 5  Melissa Medeiros, Luis Medeiros
```

ENDORSED

DEC -4 2007

SUPERIOR COURT
OF CALIFORNIA
COUNTY OF SONOMA

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SONOMA

UNLIMITED CIVIL CASE

---oOo---

MELISSA MEDEIROS, LUIS MEDEIROS, ) No. 241946
                                 )
            Plaintiffs,          ) COMPLAINT FOR DAMAGES (WRONGFUL
                                 ) DEATH, MEDICAL NEGLIGENCE,
vs.                              ) NEGLIGENT INFLICTION OF
                                 ) EMOTIONAL DISTRESS)
ST. JOSEPH HEALTH SYSTEM;        )
PETALUMA VALLEY HOSPITAL; FIONA  )
REDWOOD, M.D.; ELAINE            )
CHRISTIANSON and DOES 1 through  )
10,                              )
                                 )
            Defendants.          )
─────────────────────────────────

BY FAX

Plaintiffs complain of defendants, and each of them, for causes of action alleges as follows:

FIRST CAUSE OF ACTION

(WRONGFUL DEATH)

1. That defendants Does 1 through 10, inclusive, are sued herein under fictitious names because their true names, involvement, and capacities, whether individual, associate, corporate or governmental, are not now known to plaintiffs; plaintiffs are informed and believe and upon such information and

1

COMPLAINT FOR DAMAGES (WRONGFUL DEATH, MEDICAL NEGLIGENCE, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)

Fax from : 4158350897    FEB-27 2008 21:53 FROM:    933200000    03-04-08 12:32p Pg: 4    TO: 16264050585    P.4/7

02/21/2008  20:28    650-261-9856    G&H LEGAL SERVICES    PAGE 11

1 | belief allege that each of the said defendants is negligent or
2 | responsible in some manner for the events herein alleged, either as
3 | physicians, surgeons, anesthetists, nurses, other medical
4 | practitioners, hospitals or hospital attendants, or otherwise, and
5 | said defendants negligently acted or failed to act in one or more
6 | said occupations or businesses, which negligence proximately caused
7 | the injuries and damages hereinafter set forth. Plaintiffs are
8 | uncertain as to the manner or function of said defendants, whether
9 | as physicians, surgeons, anesthetists, nurses, other medical
10 | practitioners, hospitals or hospital attendants, or otherwise, and
11 | plaintiffs will ask leave to amend this Complaint to insert same
12 | herein when such names, capacities, functions, occupations and
13 | businesses of said defendants have been more fully ascertained.
14 | 2.    Plaintiffs are informed and believe and upon such
15 | information and belief allege that, at all times herein mentioned
16 | defendants and each of them, were the agents, servants and
17 | employees of each of the other defendants named herein, and at all
18 | times mentioned herein were acting within the course and scope of
19 | their agency, service and employment.
20 | 3.    At all times mentioned herein, defendants ST. JOSEPH HEALTH
21 | SYSTEM; PETALUMA VALLEY HOSPITAL; FIONA REDWOOD, M.D.; ELAINE
22 | CHRISTIANSON and DOES 1 through 10, inclusive, and each of them,
23 | were and now are individuals, corporations, partnerships,
24 | associations, government entities or other entities organized and
25 | existing under and by virtue of the laws of the State of
26 | California, and were at all times and places mentioned herein
27 | engaged in the ownership, operation, and maintenance of hospitals
28 | and other medical facilities open to the general public and to

COMPLAINT FOR DAMAGES (WRONGFUL DEATH, MEDICAL NEGLIGENCE, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)

1 | paying patients in and about the State of California.
2 | 4.  At all times and places mentioned herein, defendants
3 | ST. JOSEPH HEALTH SYSTEM; PETALUMA VALLEY HOSPITAL; FIONA REDWOOD,
4 | M.D.; ELAINE CHRISTIANSON and Does 1 to 10, inclusive, and each of
5 | them, were regularly licensed physicians in this State, engaged in
6 | the practice of medicine with offices in the County of Sonoma,
7 | State of California.
8 | 5.  Plaintiffs are entitled to bring an action for the wrongful
9 | death of Nicholas Medeiros ("decedent") pursuant to Code of Civil
10 | Procedure § 377.60 because he was their child.
11 | 6.  On or about September 5, 2006 plaintiffs employed defendants,
12 | and each of them, as their licensed physicians and health care
13 | providers to deliver plaintiffs' baby.  Pursuant to this
14 | employment, defendants rendered professional services in the
15 | diagnosis, treatment, and care of plaintiff Melissa Medeiros and
16 | decedent.
17 | 7.  From and after the time of this employment, defendants, and
18 | each of them, so negligently failed to exercise the proper degree
19 | of knowledge and skill in examining, diagnosing, treating, and
20 | caring for plaintiff Melissa Medeiros and decedent that decedent
21 | died on September 6, 2006.
22 | 8.  As a proximate result of the negligence of the defendants, and
23 | each of them, and of decedent's death, plaintiffs have been
24 | deprived of the decedent's society, comfort, attention and
25 | services.  Plaintiffs also incurred funeral and burial expenses.
26 | 9.  As a proximate result of the negligence and carelessness
27 | herein above set forth, plaintiffs have been damaged in a sum
28 | exceeding the jurisdictional minimum of this court.

3

(COMPLAINT FOR DAMAGES (WRONGFUL DEATH, MEDICAL NEGLIGENCE, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS))

10. In accordance with section 364 of the California Code of Civil Procedure, plaintiff mailed to defendants ST. JOSEPH HEALTH SYSTEM and PETALUMA VALLEY HOSPITAL on September 4, 2007 the notice required by that section.

### SECOND CAUSE OF ACTION
### (MEDICAL NEGLIGENCE)

11. Plaintiffs incorporate by reference, as though fully set forth herein, the first cause of action above.

12. On or about September 5, 2006 plaintiffs employed defendants, and each of them, as their licensed physicians and health care providers to deliver plaintiffs' baby. Pursuant to this employment, defendants rendered professional services in the diagnosis, treatment, and care of plaintiff Melissa Medeiros and decedent.

13. From and after the time of this employment, defendants, and each of them, so negligently failed to exercise the proper degree of knowledge and skill in examining, diagnosing, treating, and caring for plaintiff Melissa Medeiros and decedent that decedent died on September 6, 2006.

14. As a direct and proximate result of defendants' negligence and carelessness plaintiffs suffered injuries including physical injuries and emotional pain and suffering.

15. As a proximate result of the negligence and carelessness herein above set forth, plaintiffs have been damaged in a sum exceeding the jurisdictional minimum of this court.

### THIRD CAUSE OF ACTION
### (Negligent Infliction of Emotional Distress)

16. Plaintiffs incorporate by reference, as though fully set forth

4

1  herein, the first and second causes of action above.

2  17. At all times herein mentioned, plaintiffs were in close
3  proximity to the events described above and personally witnessed
4  the death of decedent.

5  18. Because of the negligence of the defendants, and each of them,
6  plaintiffs sustained severe emotional distress and mental suffering
7  as a proximate result of witnessing the death of decedent, all of
8  which has caused, continues to cause, and will cause them great
9  physical and mental pain and suffering, all to their damage in an
10 amount exceeding the jurisdictional minimum of this court.

11      WHEREFORE, plaintiffs pray for judgment as follows:
12 1.   For general damages;
13 2.   For special damages, including funeral and burial costs;
14 3.   For prejudgment interest;
15 4.   For court costs; and
16 4.   For such other and further relief as the court may deem just.

18 DATED: December 3, 2007

20                                    CHRISTOPHER DER MANUELIAN
                                      ATTORNEY AT LAW

22
23                                    By _____
                                      Christopher Der Manuelian
24                                    Attorney for Plaintiffs

5

COMPLAINT FOR DAMAGES (WRONGFUL DEATH, MEDICAL NEGLIGENCE, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)