1  JOSEPH P. RUSSONIELLO (CSBN 44332)   *FILED*
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)  *08 JUN 24  AM 9: 41*
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (CSBN 146400)
   Assistant United States Attorney

4

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7264
6  Facsimile:  (415) 436-6748
   Email: abraham.simmons@usdoj.gov

7

   Attorneys for Federal Defendants
8  Fiona Redwood, M.D. and Elaine Christian

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  MELISSA MEDEIROS and            )
    LUIS MEDEIROS,                  )   Case No  **08    3059**
13                                  )
                    Plaintiffs,     )
14                                  )
              v.                    )   CERTIFICATION PURSUANT   *EDL*
15                                  )   TO 28 U.S.C. § 2679(d)
    ST. JOSEPH HEALTH SYSTEM;       )
16  PETALUMA VALLEY HOSPITAL;       )
    FIONA REDWOOD, M.D.; ELAINE     )
17  CHRISTIAN[1]; and DOES 1 through 10, )
                                    )
18                  Defendants.     )
                                    )
19  _____)

20      I, Joann M. Swanson, hereby certify as follows:

        1.  I am the Chief of the Civil Division of the United States Attorney's Office for the Northern
21
    District of California.  Pursuant to direction from the United States Attorney for the Northern District
22
    of California, I have been authorized to exercise on behalf of the United States Attorney the authority
23
    vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C.
24
    ///
25

26  _____

27      [1] Federal defendant Elaine Christian is incorrectly identified as Elaine Christianson in the
    Complaint For Damages.  Her name has been corrected  in the Notice of Removal filed in the U.S.
    District Court.
28
    CERTIFICATION PURSUANT TO
    28 U.S.C. § 2679(d)
    *Medeiros v. St. Joseph et al. - Redwood and Christian*

1   § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course

2   and scope of his or her employment with reference to the matters alleged in the suit.

3       2. I have reviewed the complaint in the above-captioned action.  Fiona Redwood, M.D. and

4   Elaine Christian are employees of Petaluma Health Center, a federally deemed health center.

5   Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), Dr.

6   Redwood and Ms. Christian are covered under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b),

7   2401(b), 2671-80.  On the basis of those citations and certain other information provided to me,

8   pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue of the authority vested in me as set

9   forth above, I hereby certify that Fiona Redwood, M.D. and Elaine Christian were acting within the

10  course and scope of their employment with Petaluma Health Center.

11

12

13  Dated:_____6-18-08_____, 2008      _____

14                                          JOANN M. SWANSON
                                            Chief, Civil Division

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION PURSUANT TO
28 U.S.C. § 2679(d)
*Medeiros v. St. Joseph et al. - Redwood and Christian*