<8>
<8>
<8>
<8>

```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  ABRAHAM A. SIMMONS (CSBN 146400)
    Assistant United States Attorney
 4
      450 Golden Gate Avenue, Box 36055
 5    San Francisco, California 94102-3495
      Telephone: (415) 436-7264
 6    Facsimile:  (415) 436-6748
      Email: abraham.simmons@usdoj.gov
 7
    Attorneys for Federal Defendants
 8  Fiona Redwood, M.D. and Elaine Christian

 9                       UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12  MELISSA MEDEIROS and         )
    LUIS MEDEIROS,               )   No. C 08-03059 EDL
13                               )
                  Plaintiffs,    )
14                               )
             v.                  )   PROOF OF SERVICE
15                               )
    ST. JOSEPH HEALTH SYSTEM;    )
16  PETALUMA VALLEY HOSPITAL;    )
    FIONA REDWOOD, M.D.; ELAINE  )
17  CHRISTIAN; and DOES 1 through 10, )
                                 )
18                Defendants.    )
                                 )
19
```

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on June 24, 2008 she caused a copy of:

Notice Of Removal and Certification Pursuant to 28 U.S.C. § 2679(d) filed June 24, 2008;

Order Setting Initial Case Management Conference and ADR Deadlines filed June 24, 2008; Standing Order for Magistrate Judge Elizabeth D. Laporte; Standing Order Re: Case Management Conference; Standing Orders; Standing Order For All Judges of the Northern District of California;

///

PROOF OF SERVICE
*Medeiros et al. v. St. Joseph et al.*
C 08-03059 EDL                    -1-

| | |
|---|---|
| 1 | Notice of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; |
| 2 | |
| 3 | Consenting To A Magistrate Judge's Jurisdiction In The Northern District of California; |
| 4 | ECF Registration Information Handout; |
| 5 | Welcome To The U.S. District Court, San Francisco; Drop Box Filing Procedures; and |
| 6 | Proof of Service |
| 7 | to be served upon the person at the place and address stated below, which is the last known address: |
| 8 | Christopher Der Manuelian, Esq. |
|   | 4675 Camanche Road |
| 9 | Ione, California 95640 |
|   | Attorney for Plaintiffs |
| 10 | |
|    | St. Joseph Health System |
| 11 | P.O. Box 14132 |
|    | Orange, California 92863-1532 |
| 12 | |
|    | Petaluma Valley Hospital |
| 13 | St. Joseph Health System - Sonoma County |
|    | 400 North McDowell Blvd. |
| 14 | Petaluma, California 94954 |
| 15 | I declare under penalty of perjury under the laws of the United States of America that the |
| 16 | foregoing is true and correct. |
| 17 | Executed this 24th day of June 2008 at San Francisco, California. |
| 18 | |
| 19 | |
| 20 | ELSIE SATO |
| 21 | Paralegal Specialist |

PROOF OF SERVICE
*Medeiros et al. v. St. Joseph et al.*
C 08-03059 EDL                                 -2-