1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (CSBN 146400)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102-3495
     Telephone: (415) 436-7264
6    Facsimile:  (415) 436-6748
     Email: abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8  Fiona Redwood, M.D., Elaine Christian,
   and United States of America
9
              UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA
11
                 SAN FRANCISCO DIVISION
12
   MELISSA MEDEIROS and          )
13 LUIS MEDEIROS,                 )     Case No. C 08-3059 EDL
                                  )
14              Plaintiffs,       )
                                  )
15         v.                     )     **STIPULATED DISMISSAL WITHOUT**
                                  )     **PREJUDICE OF FEDERAL DEFENDANTS**
16                                )     **AND REMAND TO STATE COURT;**
                                  )     **[PROPOSED] ORDER**
17 ST. JOSEPH HEALTH SYSTEM;      )
   PETALUMA VALLEY HOSPITAL;      )
18 FIONA REDWOOD, M.D.; ELAINE    )
   CHRISTIAN; and DOES 1 through 10, )
19                                )
                                  )
20              Defendants.       )
   _____)
21        Plaintiffs Melissa Medeiros and Luis Medeiros hereby stipulate and agree with federal

22 defendants the United States, Fiona Redwood and Elaine Christian that the above-captioned matter is

23 dismissed without prejudice to bringing an appropriate action at a time after the jurisdictional

24 ///

25 ///

26 ///

27 ///

28 ///

1   prerequisites for bringing an action pursuant to the Federal Tort Claims Act have been satisfied.

2

3   DATED: August 21, 2008                     Respectfully submitted,

4

5   CHRISTOPHER DER MANUELIAN              JOSEPH P. RUSSONIELLO
                                           United States Attorney
6
                                           By: _____
7   _____                    ABRAHAM A. SIMMONS
        Attorney for Plaintiffs                  Assistant United States Attorney
8                                                Attorneys for Federal Defendants

9                          [PROPOSED] ORDER

10      The stipulation is **APPROVED**.  It is hereby **ORDERED** that federal defendants Fiona

11  Redwood and Elaine Christian are **DISMISSED WITHOUT PREJUDICE** and, there being no

12  other apparent basis for federal jurisdiction, this case is **REMANDED** to the Superior Court of

13  California, County of Sonoma.  All case management dates are **VACATED**.  The Clerk shall close

14  the file.

15
                                           _____
16                                         ELIZABETH D. LAPORTE
                                           U.S. MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL;
[PROPOSED] ORDER
C 08-3059                        -2-