JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:    (415) 436-6748
    Email:       abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA MEDEIROS and<br>LUIS MEDEIROS,<br><br>                Plaintiff,<br><br>    v.<br><br>ST. JOSEPH HEALTH SYSTEM;<br>PETALUMA VALLEY HOSPITAL;<br>FIONA REDWOOD, M.D.; ELAINE<br> CHRISTIAN; and DOES 1 through 10,<br><br>                Defendants. | Case No. C 08-3059 EDL<br><br>CONSENT TO EXERCISE<br>JURISDICTION BY A UNITED STATES<br>MAGISTRATE JUDGE |

**CONSENT TO EXERCISE OF JURISDICTION**

**BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and F.R.Civ.P. 73, defendants Fiona Redwood and Elaine Christian, by and through the United States of America hereby voluntarily consents to have the assigned United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

                                                                         Respectfully submitted,

                                                                         JOSEPH P. RUSSONIELLO
                                                                         United States Attorney

Dated: September 4, 2008                                     /s/
                                                                       ABRAHAM A. SIMMONS
                                                                       Assistant United States Attorney