1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (CSBN 146400)
   Assistant United States Attorney
4
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7264
6    Facsimile:  (415) 436-6748
     Email: abraham.simmons@usdoj.gov
7
8  Attorneys for Federal Defendants
   Fiona Redwood, M.D., Elaine Christian,
   and United States of America
9
                UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA
11
                 SAN FRANCISCO DIVISION
12
13  MELISSA MEDEIROS and                 )
    LUIS MEDEIROS,                       )    Case No. C 08-3059 EDL
                                         )
14                        Plaintiffs,    )
                                         )
15         v.                            )    STIPULATED DISMISSAL WITHOUT
                                         )    PREJUDICE OF FEDERAL DEFENDANTS
16                                       )    AND REMAND TO STATE COURT;
                                         )    [PROPOSED] ORDER
17  ST. JOSEPH HEALTH SYSTEM;            )
    PETALUMA VALLEY HOSPITAL;            )
18  FIONA REDWOOD, M.D.; ELAINE          )
    CHRISTIAN; and DOES 1 through 10,    )
19                                       )
                          Defendants.    )
20  _____ )

21        Plaintiffs Melissa Medeiros and Luis Medeiros hereby stipulate and agree with federal

22  defendants the United States, Fiona Redwood and Elaine Christian that the above-captioned matter is

23  dismissed without prejudice to bringing an appropriate action at a time after the jurisdictional

24  ///

25  ///

26  ///

27  ///

28  ///

                                    -1-

1    prerequisites for bringing an action pursuant to the Federal Tort Claims Act have been satisfied.

2

3    DATED: August 21, 2008                    Respectfully submitted,

4

5    CHRISTOPHER DER MANUELIAN              JOSEPH P. RUSSONIELLO
     United States Attorney
6
7    _____               By: _____
        Attorney for Plaintiffs                ABRAHAM A. SIMMONS
8                                               Assistant United States Attorney
                                                Attorneys for Federal Defendants
9                              [PROPOSED] ORDER

10         The stipulation is **APPROVED**.  It is hereby **ORDERED** that federal defendants Fiona

11   Redwood and Elaine Christian are **DISMISSED WITHOUT PREJUDICE** and, there being no

12   other apparent basis for federal jurisdiction, this case is **REMANDED** to the Superior Court of

13   California, County of Sonoma.  All case management dates are **VACATED**.  The Clerk shall close

14   the file.

15   September 15, 2008

16

17

18                                    IT IS SO ORDERED

19                                    Elizabeth D. Laporte

20                                    Judge Elizabeth D. Laporte

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL;
[PROPOSED] ORDER
C 08-3059                          -2-